Dawn M. Maguire, State Bar #020368
Katherine Anderson Sanchez, State Bar #30051
**ALLEN MAGUIRE & BARNES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: dmaguire@ambazlaw.com
        ksanchez@ambazlaw.com

Attorneys for Chapter 7 Trustee Constantino Flores

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 PROCEEDING |
| GREGORY ALLEN OLSEN and LALI COLETTE BREEN AKA LALI B. OLSEN, | Case No. 2:13-bk-04866-BKM |
| Debtors. | |
| CONSTANTINO FLORES, CHAPTER 7 TRUSTEE, | Adv. No. 2:15-ap-00216-BKM |
| Plaintiff, | **CERTIFICATE OF INSUFFICIENT FUNDS TO PAY FILING FEE** |
| vs. | |
| NATASHA MARIE OLSEN, | |
| Defendant. | |

    Constantino Flores, Chapter 7 Trustee and Plaintiff herein, by and through undersigned counsel, hereby certifies that there are insufficient unencumbered funds on hand in the Bankruptcy Case of Gregory Allen Olsen and Lali Colette Breen aka Lali B. Olsen with which to pay the filing fee required for filing an adversary complaint.  When and if funds become available, the filing fee will be paid.

    DATED: March 27, 2015

                                  **ALLEN MAGUIRE & BARNES, PLC**

                                  _/s/ DMM 20368_____
                                  Dawn M. Maguire
                                  Katherine Anderson Sanchez
                                  1850 N. Central Ave., Suite 1150
                                  Phoenix, AZ 85004
                                  Attorneys for Plaintiff/Trustee Constantino Flores